82 A.3d 924

IN THE MATTER OF VICTOR F. AZAR, AN ATTORNEY
AT LAW (ATTORNEY NO. 023381978).

October 17, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–041, concluding that **VICTOR F. AZAR** of **HACKENSACK,** who was admitted to the bar of this State in 1978, should be reprimanded for violating *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with client), and *RPC* 1.16(d) (failure to protect a client's interest on termination of the representation), and good cause appearing;

It is ORDERED that **VICTOR F. AZAR** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.